# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV12-01946 JAK (PJWx) | Date | September 5, 2012 |
|---|---|---|---|
| Title | Alfonso Augsto Waldron Jr. v. Janet Napolitano | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION AND RESPONSE THERETO (DKT. 4, 5)**

On August 21, 2012, the Court issued an Order to Show Cause regarding Plaintiff's failure to file a proof of service with respect to the Complaint filed in this action, reflecting proper service in full compliance with the Federal Rules of Civil Procedure. Plaintiff filed a response on August 28, 2012. Dkt. 5

The Court notes that, although Plaintiff included certain documentation with respect to service, no proof of service has been filed. Plaintiff is ordered to file a Proof of Service (Form POS-010) no later than **September 19, 2012**. A failure to do so may result in the dismissal of this action. The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court.

Plaintiff is directed to comply with the Local Rules with respect to prosecuting this action. Failure to comply with the rules may result in a dismissal. Parties not represented by counsel may confer with the "Pro Se Clinic." Information about this clinic is available online at http://court.cacd.uscourts.gov/cacd/ProSe.nsf/.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ak | |